RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Cipriano Sosa-Perez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00487-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Fourth Request) |
| CIPRIANO SOSA-PEREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Cipriano Sosa-Perez, that the Preliminary Hearing currently scheduled on January 8, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than February 3, 2021.

This Stipulation is entered into for the following reasons:

1. Defendant Cipriano Sosa-Perez's has entered plea agreement with the government. *United States v. Sosa-Perez,* 2:20-cr-220-KJD-BNW. The parties submitted the

signed plea agreement to the clerk of courts on August 29, 2020. The change of plea is currently set for February 2, 2021.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice and a waste of judicial resources.

This is the fourth request for continuance filed herein.

DATED this 5th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CIPRIANO SOSA-PEREZ,<br><br>   Defendant. | Case No. 2:20-mj-00487-NJK<br><br>**ORDER** |

   Based on the Stipulation of counsel and good cause appearing,

   IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 8, 2021 at the hour of 4:00 p.m., be vacated and continued to February 9, 2021, at 4:00 p.m., in Courtroom 3C.

   DATED this  5th  day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE